JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JUAN BENITO CASTRO, | ) | No. SA CV 18-2095-DOC (PLA) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| F. MARTINEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 4, 2019

/s/ David O. Carter
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE